■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE W. SWAN, Appellant, v MELVIN WILLIAMS, as Superintendent of Gowanda Correctional Facility, Respondent. [705 NYS2d 318] —Appeal unanimously dismissed without costs as moot (*see, Matter of Walker v Senkowski*, 260 AD2d 830, 831). (Appeal from Order of Supreme Court, Erie County, Sedita, Jr., J.— Renewal.) Present—Pigott, Jr., P. J., Pine, Wisner and Hurlbutt, JJ.